UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROMO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF DIRKSE,<br><br>    Defendants. | No.  2:24-cv-1893 AC P<br><br><br><u>ORDER</u> |

   Plaintiff filed a motion for extension of time to comply with the July 16, 2024, court order.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 7) is granted;

   2. Plaintiff is granted thirty days from the date of this order in which to file a certified inmate trust account statement for the six month period immediately preceding the filing of the complaint; and

   3. The Clerk of the Court shall send plaintiff a new application to proceed in forma pauperis.

DATED: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE