UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROMO, | No. 2:24-cv-1893 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF DIRKSE, | |
| Defendant. | |

By order filed October 28, 2025, the complaint was screened and found to not state a claim for relief. ECF No. 12. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 5. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1] Plaintiff will be given one final opportunity to file an amended complaint.

////

////

////

---

[1] Although it appears from the file that plaintiff's copy of the October 28, 2025, screening order was returned, plaintiff was properly served. It is plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty-one days of the service of this order.  Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: January 13, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE